UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Cause No. 5:19-cv-00222-FL

| RICHARD LEWIS KROBOTH, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **TO STAY THE LITIGATION** |
| v. | ) | |
| | ) | |
| ELI LILLY & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came to be heard upon the Parties' Joint Motion to Stay the Litigation. UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN, it is hereby ORDERED as follows: the Court shall stay the litigation until Plaintiff receives a Notice of Right to Sue from the Equal Employment Opportunity Commission ("EEOC") related to his recently filed March 9, 2020 Charge against Defendant, and files his motion for leave to amend his Complaint to include claims asserted in his March 9, 2020 EEOC Charge. Following the Court's ruling on Plaintiff's motion for leave to amend his Complaint, the parties will file a proposed amended case management order with revised deadlines.

ENTERED this 26th day of August, 2020.

By: _____
UNITED STATES DISTRICT JUDGE