UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:19-cv-00222-FL

RICHARD LEWIS KROBOTH,

    Plaintiff,

v.

ELI LILLY and COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF EXPERT DISCLOSURE AND OTHER DEADLINES

On August 31, 2021, plaintiff Richard Lewis Kroboth and defendant Eli Lilly and Company (together referred to herein as "the Parties"), filed their Joint Motion for Modification of Expert Disclosure and Other Deadlines ("Joint Motion"). There being no objection to the Joint Motion and for good cause shown, the Court hereby GRANTS the Joint Motion. It is therefore ORDERED that the below deadlines are hereby modified as follows:

    a.    Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be completed by **November 12, 2021**.

    b.    Supplemental Disclosures shall be served by **November 24, 2021**.

    c.    Disclosures and reports by any rebuttal witness shall be completed by **December 13, 2021**.

Except as described herein, all other deadlines set forth in the Court's Order dated August 30, 2021, *see* Dkt. Entry 39, will remain in effect.

     IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
