UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD LEWIS KROBOTH ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | No. 5:19-CV-222-FL | |
| ELI LILLY AND COMPANY ) | | |
| Defendant ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 29, 2023, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on March 29, 2023, and Copies To:**
Deborah N. Meyers (via CM/ECF Notice of Electronic Filing)
Meredith Pinson / Peter Milianti (via CM/ECF Notice of Electronic Filing)

March 29, 2023                            PETER A. MOORE, JR., CLERK

                                                              /s/ Sandra K. Collins
                                                              (By) Sandra K. Collins, Deputy Clerk